UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| SHAGHAYEGH TAGHAVI | CIVIL ACTION 3:26-CV-0054 SEC P |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| LISA BOWEN, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

**O R D E R**

On January 26, 2026, **MOTIONS FOR TEMPORARY RESTRAINING ORDER, FOR ORDER TO SHOW CAUSE AND FOR MEREDITH HOFFMAN TO APPEAR PRO HAC VICE** were filed by Plaintiff ("Plaintiff") Shaghayegh Taghavi. (Doc. Nos. 3 and 4) This party is already represented by counsel. A motion to enroll as co-counsel or to substitute counsel signed by the current counsel of record is required to remedy these Motions in accordance with the requirements of **LR83.2.12.** In addition, no proposed order or memorandum in support accompanied the Motions for Temporary Restraining Order and for Order to Show Cause as required by **LR7.2** and **LR7.2**. Mover was notified of these deficiencies on January 26 and 28, 2026 but has failed to correct them.

Accordingly,

**IT IS ORDERED** that the **MOTIONS FOR TEMPORARY RESTRAINING ORDER, FOR ORDER TO SHOW CAUSE AND FOR MEREDITH HOFFMAN TO APPEAR PRO HAC VICE** (Doc. Nos. 3 and 4) filed by Plaintiff Shaghayegh Taghavi on January 26, 2026, be and are hereby stricken from the record.

Monroe, Louisiana, this 11th day of February 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE