**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**SHAGHAYEGH TAGHAVI #A221-388-925**   **CASE NO.   3:26-CV-00054 SEC P**

**VERSUS**                             **JUDGE TERRY A. DOUGHTY**

**LISA BOWEN ET AL**                   **MAG. JUDGE KAYLA D. MCCLUSKY**

**JUDGMENT**

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 17], together with Petitioner, Shaghayegh Taghavi's ("Petitioner") written objections thereto [Doc. No. 19], and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that the argument as recommended therein is warranted,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

MONROE, LOUISIANA, this 1st day of June 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE